UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Jerome Julius Brown, Sr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. **09 2035** |
| | ) |
| Prince George's County Police | ) |
| Services *et al.*, | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain " (1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

3

Plaintiff, a resident of Upper Marlboro, Maryland, sues police officers in Palmer Park, Maryland, for $100,000. The complaint consists of one page and a stack of unexplained attachments. The allegations are incomprehensible and, thus, fail to provide any notice of a claim and the basis of federal court jurisdiction. A separate order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: October 16, 2009